FILED

07 MAY -8 PM 12:40

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___pdc___ DEPUTY

# UNITED STATES DISTRICT COURT
## OF THE SOUTHER DISTRICT OF CALIFORNIA
### MAGISTRATE LOUISA S. PORTER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN CARLOS ROJAS,<br><br>Defendant. | Case No.: 07 CR 0547<br>Hon: Louisa S. Porter<br><br>[PROPOSED] ORDER TO EXONERATE THE MATERIAL WITNESS BOND |

## ORDER

IT IS ORDERED that the personal surety bond for the five thousand dollars ($5,000.00), which secured the presence of the material witness FRANCISCO VIRGEN-VILLEGAS, be exonerated. The deposit of five hundred dollars ($500.00) for the bond be returned to the surety:

Ms. Elisa Endy

1634 Elm Avenue, Unit C, Solvang, CA 93463

Dated: 5/7/07

Louisa S. Porter
U.S. Magistrate Judge